Dear Sheriff McElveen:
Your request for an Attorney General's opinion concerning drug asset forfeiture funds has been forwarded to me for research and reply. You asked the following: Is it legal to make a cashreward offer concerning multiple unsolved homicides, whichoccurred in Calcasieu Parish and are possibly drug related, whenthe reward is to be paid from drug asset forfeiture funds of theSheriff of Calcasieu Parish?
The statutory authority governing the expenditure of proceeds from drug asset forfeitures by a law enforcement agency is La. R.S. 40:2616(B)(3)(a) which states, "Sixty percent thereof to the law enforcement agency or agencies making the seizure, such proceeds to be used in drug law enforcement, including but not limited to reward programs established by such agencies."
The use of drug asset forfeiture funds for reward programs is within the legal realms of La. R.S. 40:2616(B)(3)(a). Therefore, it is the opinion of this office that you can legally offer cash rewards in drug related homicides.
Very truly yours,
 RICHARD P. IEYOUB ATTORNEY GENERAL
 BY: __________________________ ELLISON C. TRAVIS ASSISTANT ATTORNEY GENERAL
Date Released:
Date Received:
ELLISON C. TRAVIS ASSISTANT ATTORNEY GENERAL
 REVIEW SHEET
DATE:
REPORT OF THE CRIMINAL DIVISION OPINION REVIEW COMMITTEE
We have reviewed the attached opinion number 98-315 on the ______ day of ____, 1998, and find that this opinion is acceptable and ready for release, with the following exceptions, comments and/or recommendations, to-wit:
____________________________ ______________________________JULIE CULLEN ELLISON C. TRAVIS DATEDIRECTOR, CRIMINAL DIVISION ASSISTANT ATTORNEY GENERAL
 _____________________________ MARY E. HUNLEY DATE SECTION CHIEF
 _____________________________ TYRONE C. BROWN DATE ASSISTANT ATTORNEY GENERAL
PLEASE INITIAL IF APPROPRIATE FOR PUBLICATION
________ _________ _________ ________ _________ _________ ________ _________ _________